IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

ERNEST JONES, III

No. 2:23-CR-008-Z

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America requests that this Court revoke the supervised release of Ernest Jones, III as follows:

### Facts

On or about August 23, 2023, this Court sentenced Jones to 46 months' imprisonment and a three-year term of supervised release for violating Title 18, United States Code, Sections 922(g)(3), 924(a)(2), Controlled Substances User or Addict in Possession of a Firearm.   Jones began his term of supervised release on July 7, 2025.

### Violation of Supervised Release Conditions

Jones violated the terms and conditions of his supervised release in the following respects:

VIOLATION OF OTHER CONDITION: The defendant shall not unlawfully possess a controlled substance.

VIOLATION OF OTHER CONDITION: The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court for any individual defendant if the defendant's presentence report or other reliable information

**Motion to Revoke Supervised Release - Page  1**

indicates a low risk of future substance abuse by the defendant.

VIOLATION OF OTHER CONDITION:    The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $40 per month.

Jones violated these conditions of supervised release by using and possessing marijuana, an illegal controlled substance.    On November 18, 2025, and March 4, 2026, Jones submitted urine specimens that each tested positive for marijuana.    Further, Jones failed to attend substance abuse counseling on March 16, 2026.

VIOLATION OF STANDARD CONDITION: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

VIOLATION OF STANDARD CONDITION: The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

Jones violated these conditions of supervised release by failing to report on August 7, 2025, as instructed.    Further, he failed to submit monthly written reports for December 2025 and January 2026.

VIOLATION OF STANDARD CONDITION: If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

Jones violated this condition of supervised release by failing to report within 72 hours contact with a law enforcement officer in February 2026 when he was issued a traffic ticket.

**Motion to Revoke Supervised Release - Page  2**

The United States respectfully requests that this Court revoke the defendant's

supervised release, and that the Court order the defendant to the custody of the Attorney

General to serve a sentence as determined by the Court.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7559
Facsimile:   806.472.7394
E-mail:       jeffrey.haag@usdoj.gov

**Motion to Revoke Supervised Release - Page  3**